**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LORETTA GRINER-JOHNS,** | ) | |
| Plaintiff, | ) | 2:06cv920 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge Cercone |
| **JOANNE BARNHART,** Commissioner, Social Security Administration, | ) | Magistrate Judge Caiazza |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On May 25, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On December 15, 2006, the magistrate judge issued a Report and Recommendation (Document No. 13) recommending that the District Court grant the Defendant's Motion for Summary Judgment (Document No. 11), and deny Griner-Johns's Motion for Summary Judgment (Document No. 9). Service of the Report and Recommendation was made on all parties and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

The Report and Recommendation of Magistrate Judge Caiazza dated December 15, 2006, is hereby adopted as the opinion of the court.

AND NOW, this 5th day of January, 2007, IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment (Document No. 11) is GRANTED. The Motion for Summary Judgment filed by the claimant Griner-Johns (Document No. 9) is DENIED.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

A. Tereasa Rerko, Esquire
Quantrini Rafferty Galloway
550 East Pittsburgh Street
Greensburg, PA 15601

Lee Karl, AUSA
United States Attorney's Office
Suite 4000, USPO & Courthouse
700 Grant Street
Pittsburgh, PA 15219